**DISMISS; and Opinion Filed September 18, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00483-CV

### IN THE INTEREST OF A.Y.B. AND E. B., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30190-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Brown

Before the Court is the parties' voluntary agreed motion to dismiss appeal. The motion recites that a motion for new trial was granted in this case, rendering the appeal of the now set-aside final order moot. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1.

/Ada Brown/
ADA BROWN
JUSTICE

180483F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.Y.B. AND E.B., CHILDREN

No. 05-18-00483-CV

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-30190-2016.
Opinion delivered by Justice Brown; Justices Bridges and Boatright participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 18th day of September, 2018.